September 22, 2016



# JUDGMENT

## The Fourteenth Court of Appeals

IN THE INTEREST OF M.M.S., A CHILD

NO. 14-16-00349-CV

_____

This cause, an appeal from a judgment signed March 1, 2016, was heard on the transcript of the record. We have inspected the record and find error in the judgment. We therefore order the judgment of the court below **REVERSED** and **REMAND** the cause to the trial court for a new trial in accordance with the court's opinion. **The trial court is instructed to commence the new trial no later than 180 days after this court's mandate issued.** *See* **Tex. R. App. P. 28.4(c).**

We order this decision certified below for observance.

We further order the mandate be issued immediately.